NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DEXCOM, INC.,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-1325

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00909.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Dexcom, Inc. moves to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

2                                                                    DEXCOM, INC. v. SQUIRES

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 29, 2025
Date

**ISSUED AS A MANDATE**: October 29, 2025